391 A.2d 685

Commonwealth v. Hunter, Appellant.

Submitted September 21, 1977. Alan L. Butkovitz, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 685

Commonwealth v. Jackson, Appellant.

Submitted March 13, 1978. H. Stanley Rebert, Public Defender, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Order affirmed.